STATE, Plaintiff in error, vs. BARRETT, Defendant in error.

*April 6—June 18, 1928.*

For the plaintiff in error there was a brief by the *Attorney General, J. E. Messerschmidt,* assistant attorney general, and *Van R. Coppernoll,* district attorney of Richland county, and oral argument by *Mr. Messerschmidt* and *Mr. Coppernoll.*

No appearance for the defendant in error.

OWEN, J. The question presented upon this writ of error is identical with that in the case of *State v. Ripley,* decided herewith (*ante,* p. 288, 220 N. W. 235), and upon the authority of that case the order and judgment under review must be affirmed.

*By the Court.*—So ordered.